## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC,<br><br>                Plaintiff,<br>  v.<br><br>BROWN-FORMAN CORPORATION,<br><br>                Defendant. | C.A. No. 1:19-cv-02261-RGA |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, Symbology Innovations LLC, by and through the undersigned counsel, and hereby voluntarily dismisses all of the claims asserted against Defendant Brown-Forman Corporation in the within action **with prejudice**. This notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1) is proper inasmuch as the Defendant has neither answered nor moved for summary judgment.

Dated: March 12, 2020

Together with:

SAND, SEBOLT & WERNOW CO., LPA
Howard L. Wernow
(*pro hac vice forthcoming*)
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
Howard.Wernow@sswip.com

Respectfully submitted,

STAMOULIS & WEINBLATT LLC

/s/Stamatios Stamoulis
Stamatios Stamoulis
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com

ATTORNEYS FOR PLAINTIFF

-2-

SO ORDERED this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE